

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00669-CV

Sandra Ann **ZARATE**,
Appellant

v.

Sergio Rene **ZARATE**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 04-10-20415-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

**ORDER**

This appeal is DISMISSED. Appellee is awarded costs he incurred related to this appeal.

It is so **ORDERED** on December 5, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court